# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**COURT FILE NO.:** _____

Mary Torres,
    Plaintiff

v.

ProCollect, Inc,
    Defendant

_____

## COMPLAINT AND JURY DEMAND
_____

### NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, (where Plaintiff resides in this district), and/or where Defendant transacts business in this district.

### PARTIES

4. Plaintiff, Mary Torres ("Plaintiff"), is a natural person who at all relevant

times resided in the State of Colorado, County of Adams, and City of Thornton.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, ProCollect, Inc ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes. Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another

11. In connection with collection of an alleged debt in default, Defendant called Plaintiff's cellular telephone on July 6, 2011 at 3:33 P.M., and at such time, left a voicemail message for Plaintiff, as follows:

"Hi.  This message is for Mary Torres.  This is Jessaby.  I need a return phone call from today.  My number is 1-800-732-3799 x. 115.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you."

12.     In said voicemail message, Defendant failed to disclose it's true business and/or corporate name as required by 15 U.S.C. § 1692d(6).

13.     Defendant's actions constitute conduct highly offensive to a reasonable person.

## COUNT I

14.     Plaintiff repeats and re-alleges each and every allegation contained above.

15.     Defendant, in connection with the collection of an alleged debt, failed to disclose Defendant's true corporate and/or business name in a telephone call to Plaintiff in violation of 15 U.S.C. § 1692d(6).

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the FDCPA as set forth herein;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees ands costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and

proper.

## TRIAL BY JURY

Plaintiff is entitled to, and hereby demands, a trial by jury.

**Respectfully submitted,**

November 16, 2011              **/s/ Craig J. Ehrlich**
                               **Craig J. Ehrlich**
                               **Weisberg & Meyers LLC**
                               **5025 N. Central Ave., #602**
                               **Phoenix, AZ 85012**
                               **Telephone: (602) 445 9819**
                               **Facsimile: (866) 565 1327**
                               **Email: CEhrlich@AttorneysForConsumers.com**