**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-02989-LTB-CBS

MARY TORRES,

        Plaintiff,

v.

PROCOLLECT, INC.,

        Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss (Doc 18 - filed October 5, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   October 9, 2012